```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC# _____
------------------------------------- x             DATE FILED: 5/24/12
```

| | |
|---|---|
| JIANJUN LOU, | : |
| Plaintiff, | :    09 Civ. 9398 (AJP) |
| -against- | :    **OPINION AND ORDER** |
| TRUTEX, INC., SUN IM KIM, and HANMI BANK, | : |
| Defendants. | : |

**ANDREW J. PECK, United States Magistrate Judge:**

      Plaintiff is hereby ordered to provide the Court and defendants by May 29, 2012 with a copy of the Restraining Notice referenced in ¶¶ 17-18 of the Second Amended Complaint. (Dkt. No. 15.) Plaintiff is also instructed to inform the Court whether the Restraining Notice was issued pursuant to this Court's or the California District Court's entry of judgment, i.e., under New York or California law.

      SO ORDERED.

DATED:    New York, New York
               May 24, 2012

                                                        Andrew J. Peck
                                                        United States Magistrate Judge

Copies **by ECF** to:     All Counsel

C:\ORD\